UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HIBBLER,<br><br>      Plaintiff,<br><br>  v.<br><br>THE STATE OF NEVADA, *et al.,*<br><br>      Defendants. | 3:08-CV-62-RCJ(RAM)<br><br>**ORDER** |

      Before the Court is Plaintiff's Appeal/Objection to U.S. Magistrate's Denial of Motions for Sanctions, for Evidentiary Hearing on Medical Records, and for Recusal #60(#62) filed on December 29, 2009. On January 5, 2010, Defendants' filed their Opposition to Plaintiff's Appeal of the U.S. Magistrate's Denial of Motions for Sanctions, for Evidentiary Hearing on Medical Records, and for Recusal (#63) and Plaintiff filed his Reply (#64) on January 19, 2010.

      The Court has conducted its review in this case, has fully considered the Plaintiff's motions, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

      IT IS HEREBY ORDERED that the Magistrate Judge's Order (#60) will, therefore, be sustained and Plaintiff's Appeal/Objection to U.S. Magistrate's Denial of Motions for Sanctions, for Evidentiary Hearing on Medical Records, and for Recusal (#62) is DENIED.

      IT IS SO ORDERED.

      DATED: this 12th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE