UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| KENNETH HIBBLER, | ) | CASE NO.  3:08-CV-0062-RCJ-RAM |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| vs. | ) | DATED: NOVEMBER 18, 2010 |
| THE STATE OF NEVADA, et al., | ) | |
| Defendant(s). | ) | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 1:30:34 p.m. - 1:43:40 p.m.

Counsel for Plaintiff(s): KENNETH HIBBLER, In Pro Per (telephonically)

Counsel for Defendant(s): ROBERT SIMON

PROCEEDINGS: **MOTION HEARING**

1:30 p.m. Court convenes.

The Court addresses Plaintiff's Motion Requesting Order to View Medical Records, In Camera Exhibits, Inmate File, Incident Reports, and Any Documents Pertaining to this Case Without Restrictions (Docket #87).

IT IS ORDERED that Plaintiff shall be allowed to view his medical records from October 4, 2005 to the present and the in camera exhibits for a period of **four (4) hours**.  Plaintiff shall tag those documents he wants copied and copies shall be made for the purpose of attaching them to his opposition to the Motion for Summary Judgment (Docket #81).  Plaintiff shall also be allowed to view his I-file from October 1, 2005 to December 1, 2005 for a period of **1.5 hours**.  All of this shall be done between **November 29, 2010 and December 10, 2010**.

IT IS FURTHER ORDERED that Plaintiff shall have until **January 10, 2011** to file his opposition to the Motion for Summary Judgment.

1:43 p.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk