UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HIBBLER,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | 3:08-CV-0062-RCJ(RAM)<br><br>**ORDER** |

        Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (ECF No. 96) entered on March 3, 2011, recommending granting Defendants' Motion for Summary Judgment (ECF No. 81). On July 29, 2011 Plaintiff filed his Objection to the Report and Recommendation of U.S. Magistrate Judge (ECF No. 112) and Defendants filed their Reply to Plaintiff's Objection to the Report and Recommendation of U.S. Magistrate Judge (ECF No. 113) on August 9, 2011.

        The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 96) entered on March 3, 2011, should be adopted and accepted.

        IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 96) entered on March 3, 2011, is adopted and accepted, and Defendants' Motion for Summary Judgment (ECF No. 81) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

        IT IS SO ORDERED.

        DATED: this   11th   day of August, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE